UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-MJ-1178-RN

UNITED STATES OF AMERICA )
) **ORDER FOR DISMISSAL, WITHOUT PREJUDICE**
v. )
)
EDUARDO PAYAN BELTRAN )

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina, hereby dismisses the complaint and warrant against the above-captioned defendant only, for the following reason: since the date the complaint was issued, additional evidence has come to the Government's attention that warrants dismissal.

Respectfully submitted this 24th day of November, 2015.

THOMAS G. WALKER
United States Attorney

BY: LAWRENCE J. CAMERON
Assistant United States Attorney
Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal, without prejudice.

11/25/15
DATE

JAMES C. DEVER III
Chief United States District Judge